**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2415**

In re:  AZANIAH BLANKUMSEE,

Petitioner.

On Petitions for Writ of Mandamus.  (8:13-cv-02507-PWG; 8:15-cv-00837-PWG; 8:16-cv-02801-PWG; 8:16-cv-03436-PWG; 8:17-cv-02049-PWG)

Submitted:  May 24, 2018                          Decided:  May 29, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

Azaniah Blankumsee, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azaniah Blankumsee petitions this court for a writ of mandamus seeking an order directing that (1) a certain district judge be recused from adjudicating his actions, and (2) that any prior actions previously adjudicated by that judge be vacated and reassigned to another judge. We conclude that Blankumsee is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. U.S. Dist. Court*, 426 U.S. 394, 402 (1976); *United States v. Moussaoui*, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n*, 860 F.2d 135, 138 (4th Cir. 1988).

We have reviewed Blankumsee's petition and supplemental petition for a writ of mandamus and conclude that he has not shown extraordinary circumstances warranting mandamus relief. To the extent Blankumsee seeks to challenge the district court's rulings in an ongoing proceeding, mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007). To the extent Blankumsee requests that the district court judge be ordered to recuse himself from participating in Blankumsee's cases, Blankumsee has not established extrajudicial bias. *See In re Beard*, 811 F.2d 818, 826-27 (4th Cir. 1987).

Accordingly, we deny Blankumsee's petitions for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*